## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Express Mobile, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 1-17-cv-00703 VAC-SRF |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| eGrove Systems Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED]
## ORDER RE MOTION FOR FEES UNDER 35 U.S.C. § 285

This matter comes before the Court on Defendant eGrove Systems Corporation's Motion for Fees Under 35 U.S.C. § 285. For the reasons set forth in the Motion and the Court being fully advised it is

ORDERED that the Motion is GRANTED and this case is declared exceptional under 35 U.S.C. § 285. Defendant is awarded attorneys' fees in an amount to be determined by the Court after further briefing.

BY THE COURT:

_____
J.